APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGEMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

---

| | |
|---|---|
| Marylee Arrigo, | File No. 12-cv-700-bbc |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| Link Stop, Inc.; Grandma Link's Restaurant and Lounge, LLC; Gordon Pines Golf Course; Ashland Lake Superior Lodge, LLC; Link International Investments, LLC; and Jay E. Link, individually; | |
| Defendants. | |

---

Notice is hereby given that plaintiff, Marylee Arrigo, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from:

- the Order denying plaintiff's motion for a new trial, entered on September 29, 2014;

- the Judgment in a Civil Case, entered on May 15, 2014;

- the Final Pretrial Conference Order, entered on April 25, 2014;

- the Order on Motions in Limine, entered on April 21, 2014; and

- the Order denying plaintiff's motion for leave to amend her complaint, entered on May 23, 2013.

                                                Respectfully submitted by:

                                                NICHOLS KASTER, PLLP

Dated: Oct. 16, 2014              s/James H. Kaster
                                                James H. Kaster, WI Bar # 1001474
                                                    E-mail: kaster@nka.com
                                               Bonnie M. Smith, WI Bar #1079793
                                                    E-mail: bsmith@nka.com
                                               4600 IDS Center
                                             80 South Eighth Street
                                             Minneapolis, Minnesota 55402
                                             Office: (612) 256-3200

                                             ATTORNEYS FOR MARYLEE ARRIGO